3/3/2022 3:58:23 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 62282280
By: RODRIGUEZ, MARIA V
Filed: 3/3/2022 3:58:23 PM

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

CASE NUMBER: _____   CURRENT COURT: _____

Name(s) of Documents to be served: Plaintiff's Orginal Petition

FILE DATE: 03-03-2022   Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

Issue Service to: AsereTruking

Address of Service: 9881 W. 18th Street

City, State & Zip: Odessa, Texas 79763

Agent (if applicable) Jacqueline Castaneda

**TYPE OF SERVICE/PROCESS TO BE ISSUED**: (Check the proper Box)

- [x] Citation
- [ ] Citation by Posting
- [ ] Citation by Publication
- [ ] Citations Rule 106 Service
- [ ] Citation Scire Facias   Newspaper_____
- [ ] Temporary Restraining Order
- [ ] Precept
- [ ] Notice
- [ ] Protective Order
- [ ] Secretary of State Citation ($12.00)
- [ ] Capias (not by E-Issuance)
- [ ] Attachment (not by E-Issuance)
- [ ] Certiorari
- [ ] Highway Commission ($12.00)
- [ ] Commissioner of Insurance ($12.00)
- [ ] Hague Convention ($16.00)
- [ ] Garnishment
- [ ] Habeas Corpus (not by E-Issuance)
- [ ] Injunction
- [ ] Sequestration
- [ ] Subpoena
- [ ] Other (Please Describe) _____

(See additional Forms for Post Judgment Service)

**SERVICE BY** *(check one)*:
- [ ] ATTORNEY PICK-UP (phone) _____
- [x] E-Issuance by District Clerk
- [ ] MAIL to attorney at: _____
       (No Service Copy Fees Charged)
- [ ] CONSTABLE
- [ ] CERTIFIED MAIL by District Clerk

*Note*: The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [ ] CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____   Phone: _____
- [ ] OTHER, *explain* _____

Issuance of Service Requested By: Attorney/Party Name: Todd A. Hunter, Jr.   Bar # or ID 24087774

Mailing Address: 500 N. Water St. Ste. 800 Corpus Christi Texas 78401

Phone Number: 361-826-0100

**EXHIBIT B**

3/3/2022 3:58:23 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 62282280
By: RODRIGUEZ, MARIA V
Filed: 3/3/2022 3:58:23 PM

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

CASE NUMBER: _____   CURRENT COURT: _____

Name(s) of Documents to be served: Plaintiff's Orginal Petition

FILE DATE: 03-03-2022   Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

Issue Service to: Rafael Cayetano Cesareo

Address of Service: 1103 N. Main

City, State & Zip: Midland, Texas 79701

Agent (if applicable): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- [x] Citation
- [ ] Citation by Posting
- [ ] Citation by Publication
- [ ] Citations Rule 106 Service
- [ ] Citation Scire Facias   Newspaper _____
- [ ] Temporary Restraining Order
- [ ] Precept
- [ ] Notice
- [ ] Protective Order
- [ ] Secretary of State Citation ($12.00)
- [ ] Capias (not by E-Issuance)
- [ ] Attachment (not by E-Issuance)
- [ ] Certiorari
- [ ] Highway Commission ($12.00)
- [ ] Commissioner of Insurance ($12.00)
- [ ] Hague Convention ($16.00)
- [ ] Garnishment
- [ ] Habeas Corpus (not by E-Issuance)
- [ ] Injunction
- [ ] Sequestration
- [ ] Subpoena
- [ ] Other (Please Describe) _____

(See additional Forms for Post Judgment Service)

**SERVICE BY** (check one):
- [ ] ATTORNEY PICK-UP (phone) _____
- [ ] MAIL to attorney at: _____
- [ ] CONSTABLE
- [ ] CERTIFIED MAIL by District Clerk
- [x] E-Issuance by District Clerk (No Service Copy Fees Charged)

*Note:* The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [ ] CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____   Phone: _____
- [ ] OTHER, *explain* _____

Issuance of Service Requested By: Attorney/Party Name: Todd A. Hunter, Jr.   Bar # or ID 24087774

Mailing Address: 500 N. Water St. Ste. 800 Corpus Christi Texas 78401

Phone Number: 361-826-0100

**EXHIBIT B**

Case 4:22-cv-02156   Document 1-2   Filed on 06/30/22 in TXSD   Page 3 of 18

3/3/2022 3:58:23 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 62282280
By: RODRIGUEZ, MARIA V
Filed: 3/3/2022 3:58:23 PM

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK
201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

CASE NUMBER: _____   CURRENT COURT: _____

Name(s) of Documents to be served: Plaintiff's Orginal Petition

FILE DATE: 03-03-2022   Month/Day/Year

SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):

Issue Service to: Haliburton

Address of Service: 206 E. 9th St. Ste. 1300

City, State & Zip: Austin, Texas 78701-3218

Agent (if applicable) Capitol Corporate Services, Inc.

**TYPE OF SERVICE/PROCESS TO BE ISSUED**: (Check the proper Box)

- [x] Citation
- [ ] Citation by Posting
- [ ] Citation by Publication
- [ ] Citations Rule 106 Service
- [ ] Citation Scire Facias   Newspaper_____
- [ ] Temporary Restraining Order
- [ ] Precept
- [ ] Notice
- [ ] Protective Order
- [ ] Secretary of State Citation ($12.00)
- [ ] Capias (not by E-Issuance)
- [ ] Attachment (not by E-Issuance)
- [ ] Certiorari
- [ ] Highway Commission ($12.00)
- [ ] Commissioner of Insurance ($12.00)
- [ ] Hague Convention ($16.00)
- [ ] Garnishment
- [ ] Habeas Corpus (not by E-Issuance)
- [ ] Injunction
- [ ] Sequestration
- [ ] Subpoena
- [ ] Other (Please Describe) _____

(See additional Forms for Post Judgment Service)

**SERVICE BY** (check one):
- [ ] ATTORNEY PICK-UP (phone) _____
- [x] E-Issuance by District Clerk
- [ ] MAIL to attorney at: _____
- (No Service Copy Fees Charged)
- [ ] CONSTABLE
- [ ] CERTIFIED MAIL by District Clerk

*Note*: The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [ ] CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____   Phone: _____
- [ ] OTHER, *explain* _____

Issuance of Service Requested By: Attorney/Party Name: Todd A. Hunter, Jr.   Bar # or ID 24087774

Mailing Address: 500 N. Water St. Ste. 800 Corpus Christi Texas 78401

Phone Number: 361-826-0100

**EXHIBIT B**

Case 4:22-cv-02156   Document 1-2   Filed on 06/30/22 in TXSD   Page 4 of 18

3/3/2022 3:58:23 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 62282280
By: RODRIGUEZ, MARIA V
Filed: 3/3/2022 3:58:23 PM

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK
201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

CASE NUMBER: _____   CURRENT COURT: _____

Name(s) of Documents to be served:  Plaintiff's Orginal Petition

FILE DATE: 03-03-2022   Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

Issue Service to:  Josue Antonio Morales Tinajero

Address of Service:  20 De Mayo 57

City, State & Zip:  Acambaro, GU, MX 38750

Agent (if applicable) _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- [x] Citation
- [ ] Citation by Posting
- [ ] Citation by Publication
- [ ] Citations Rule 106 Service
- [ ] Citation Scire Facias   Newspaper _____
- [ ] Temporary Restraining Order
- [ ] Precept
- [ ] Notice
- [ ] Protective Order
- [ ] Secretary of State Citation ($12.00)
- [ ] Capias (not by E-Issuance)
- [ ] Attachment (not by E-Issuance)
- [ ] Certiorari
- [ ] Highway Commission ($12.00)
- [ ] Commissioner of Insurance ($12.00)
- [ ] Hague Convention ($16.00)
- [ ] Garnishment
- [ ] Habeas Corpus (not by E-Issuance)
- [ ] Injunction
- [ ] Sequestration
- [ ] Subpoena
- [ ] Other (Please Describe) _____

(See additional Forms for Post Judgment Service)

**SERVICE BY** *(check one)*:
- [ ] ATTORNEY PICK-UP (phone) _____
- [ ] MAIL to attorney   at: _____
- [ ] CONSTABLE
- [ ] CERTIFIED MAIL by District Clerk
- [x] E-Issuance by District Clerk
  (No Service Copy Fees Charged)
  *Note*: The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.
- [ ] CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____   Phone: _____
- [ ] OTHER, *explain* _____

Issuance of Service Requested By: Attorney/Party Name:  Todd A. Hunter, Jr.   Bar # or ID  24087774

Mailing Address:  500 N. Water St. Ste. 800 Corpus Christi Texas 78401

Phone Number:  361-826-0100

**EXHIBIT B**

3/15/2022 4:01 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 62634286
By: KATINA WILLIAMS
Filed: 3/15/2022 4:01 PM

CAUSE NO. 202213262

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO: 920613  TRACKING NO: 73979630
EML

| Plaintiff: | In The 152nd |
|---|---|
| VARELA, RODOLFO | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: | 201 CAROLINE |
| HALLIBURTON ENERGY SERVICES INC | Houston, Texas |

## CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

To:   HALLIBURTON ENERGY SERVICES INC (A FOREIGN CORPORATION) MAY BE SERVED BY SERVING ITS REGISTERED AGENT CAPITOL CORPORATE SERVICES INC
206 E 9TH STREET SUITE 1300, AUSTIN TX 78701

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on March 3, 2022 in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

This citation was issued on March 4, 2022, under my hand and seal of said court.



| Issued at the request of: | Marilyn Burgess, District Clerk |
|---|---|
| HUNTER, TODD AMES JR. | Harris County, Texas |
| 500 NORTH WATER ST. SUITE 800 | 201 CAROLINE  Houston Texas 77002 |
| CORPUS CHRISTI, TX  78401 | (PO Box 4651, Houston, Texas 77210) |
| 361-826-0100 | |
| Bar Number: 24087774 | Generated By: MARIA RODRIGUEZ |

**EXHIBIT B**

## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of Texas | County of Harris | 152nd District Court |

Case Number: 202213262

Plaintiff:
RODOLFO VARELA, AND ARTURO VARELA

vs.

Defendant:
HALLIBURTON ENERGY SERVICES, INC., ASERETRUCKING LLC, RAFAEL CAYETANO CESAREO, AND JOSUE ANTONIO MORALES-TINAJERO

For:
Todd A. Hunter Jr.
Liles White PLLC
500 N. Water Street Suite 800
Corpus Christi, TX 78401

Received by Dane Ray Cuppett on the 9th day of March, 2022 at 4:44 pm to be served on **Halliburton Energy Services Inc Registered Agent: CAPITOL CORPORATE SERVICES INC, 206 E 9th Street Suite 1300, Austin, Travis County, TX 78701.**

I, Dane Ray Cuppett, being duly sworn, depose and say that on the **10th day of March, 2022 at 3:35 pm, I:**

executed to the **REGISTERED AGENT** by delivering a true copy of the .**Citation and Plaintiffs Original Petition** with the date of delivery endorsed thereon by me, to **Brian Radecki, CAPITOL CORPORATE SERVICES INC** as the designated agent to accept delivery of process at the address of **206 E 9th Street Suite 1300, Austin, Travis County, TX 78701** on behalf of **Halliburton Energy Services Inc** and informed said person of the contents therein.

Description of Person Served: Age: 40, Sex: M, Race/Skin Color: White, Height: 5'8", Weight: 160, Hair: Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and true and correct.

Subscribed and sworn to before me on the 10th day of March, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2024

Dane Ray Cuppett
PSC-7114, Exp. 10/31/23

Date: 3/10/2022

Allen Civil Process
9701 Compton Rd.
Corpus Christi, TX 78418
(800) 831-8219

Our Job Serial Number: ALN-2022001647

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2h

**EXHIBIT B**

3/29/2022 4:58 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 63074913
By: Lisa Thomas
Filed: 3/29/2022 4:58 PM

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

**CASE NUMBER:** 202213262   **CURRENT COURT:** 152nd Judicial District Court

**Name(s) of Documents to be served:** Plaintiff's Original Petition

**FILE DATE:** 03-03-2022   Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** Rafael Cayetano Cesareo
**Address of Service:** 111 N. Harold Ave.
**City, State & Zip:** Northlake, IL 60164-2234
**Agent (if applicable)** _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- [x] **Citation**
- [ ] **Citation by Posting**
- [ ] **Citation by Publication**
- [ ] **Citations Rule 106 Service**
- [ ] **Citation Scire Facias**   Newspaper _____
- [ ] **Temporary Restraining Order**
- [ ] **Precept**
- [ ] **Notice**
- [ ] **Protective Order**
- [ ] **Secretary of State Citation ($12.00)**
- [ ] **Capias** (not by E-Issuance)
- [ ] **Attachment** (not by E-Issuance)
- [ ] **Certiorari**
- [ ] **Highway Commission ($12.00)**
- [ ] **Commissioner of Insurance ($12.00)**
- [ ] **Hague Convention ($16.00)**
- [ ] **Garnishment**
- [ ] **Habeas Corpus** (not by E-Issuance)
- [ ] **Injunction**
- [ ] **Sequestration**
- [ ] **Subpoena**
- [ ] **Other (Please Describe)** _____

(See additional Forms for Post Judgment Service)

---

**SERVICE BY** (check one):
- [ ] **ATTORNEY PICK-UP (phone)** _____
- [ ] **E-Issuance by District Clerk**
- [ ] **MAIL to attorney at:** _____   (No Service Copy Fees Charged)
- [ ] **CONSTABLE**
- [x] **CERTIFIED MAIL by District Clerk**

*Note*: The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [ ] **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____   Phone: _____
- [ ] **OTHER**, *explain* _____

---

**Issuance of Service Requested By:** Attorney/Party Name: Todd A. Hunter, Jr.   Bar # or ID: 24087774

**Mailing Address:** 500 N. Water St. Ste. 800, Corpus Christi, Texas 78401

**Phone Number:** 361-826-0100

**EXHIBIT B**

7018 3390 0001 3304 8516

Case 4:22-cv-02156 Document 1-2 Filed on 06/30/22 in TXSD Page 8 of 18

P2

CAUSE NO. 202213262

| RECEIPT NO. 926438 | 75.00 | CTM |
|---|---|---|
| ********** | TR # 73996172 | |

PLAINTIFF: VARELA, RODOLFO
vs.
DEFENDANT: HALLIBURTON ENERGY SERVICES INC

In The 152nd
Judicial District Court
of Harris County, Texas
152ND DISTRICT COURT
Houston, TX

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: CESAREO, RAFAEL CAYETANO
    OR WHEREVER HE MAY BE FOUND

   111 N HAROLD AVE  NORTHLAKE IL  60164 - 2234

   Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 3rd day of March, 2022, in the above cited cause number
and court. The instrument attached describes the claim against you.

   YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you. In addition to filing a written answer with the
clerk, you may be required to make initial disclosures to the other parties of this suit. These
disclosures generally must be made no later than 30 days after you file your answer with the
clerk. Find out more at TexasLawHelp.org.

TO OFFICER SERVING:
     This citation was issued on 19th day of April, 2022, under my hand and
seal of said Court.

Issued at request of:
HUNTER, TODD AMES JR.
500 NORTH WATER ST. SUITE 800
CORPUS CHRISTI, TX  78401
Tel: (361) 826-0100
Bar No.: 24087774

MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: THOMAS, LISA  BE9//11994982

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by
mailing to Defendant certified mail, return receipt requested, restricted delivery, a true
copy of this citation together with an attached copy of
PLAINTIFF'S ORIGINAL PETITION
to the following addressee at address:

_____     _____
                                       ADDRESS

                                       Service was executed in accordance with Rule 106
(a)ADDRESSEE                              (2) TRCP, upon the Defendant as evidenced by the
                                           return receipt incorporated herein and attached
                                           hereto at

                                       on _____ day of _____, _____
                                       by U.S. Postal delivery to _____

                                       This citation was not executed for the following
                                       reason: _____


                                       MARILYN BURGESS, District Clerk
                                       Harris County, TEXAS

                                       By _____ Deputy

N.INT.CITM.P                                    *73996172*

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

**EXHIBIT B**

CAUSE NO. 202213262

RECEIPT NO. 926438      75.00    CTM
\*\*\*\*\*\*\*\*\*\*      TR # 73996172

| | |
|---|---|
| PLAINTIFF: VARELA, RODOLFO<br>vs.<br>DEFENDANT: HALLIBURTON ENERGY SERVICES INC | In The   152nd<br>Judicial District Court<br>of Harris County, Texas<br>152ND DISTRICT COURT<br>Houston, TX |

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: CESAREO, RAFAEL CAYETANO
    OR WHEREVER HE MAY BE FOUND

    111 N HAROLD AVE    NORTHLAKE   IL   60164 - 2234

    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 3rd day of March, 2022, in the above cited cause number and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

TO OFFICER SERVING:
    This citation was issued on 19th day of April, 2022, under my hand and seal of said Court.



Issued at request of:
HUNTER, TODD AMES JR.
500 NORTH WATER ST. SUITE 800
CORPUS CHRISTI, TX   78401
Tel: (361) 826-0100
Bar No.: 24087774

MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: THOMAS, LISA   BE9//11994982

---

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by mailing to Defendant certified mail, return receipt requested, restricted delivery, a true copy of this citation together with an attached copy of PLAINTIFF'S ORIGINAL PETITION
to the following addressee at address:

_____

(a)ADDRESSEE

ADDRESS

Service was executed in accordance with Rule 106
   (2) TRCP, upon the Defendant as evidenced by the
      return receipt incorporated herein and attached
      hereto at

on _____ day of _____, _____
by U.S. Postal delivery to _____

This citation was not executed for the following reason: _____

MARILYN BURGESS, District Clerk
Harris County, TEXAS

By _____, Deputy

N.INT.CITM.P                                      \*73996172\*

**EXHIBIT B**

2022-13262



04-19-22

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.

**EXHIBIT B**

5/2/2022 2:01 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 64095567
By: KATINA WILLIAMS
Filed: 5/2/2022 2:01 PM

Receipt Number: 920613
Tracking Number: 73979625

EML
**COPY OF PLEADING PROVIDED BY PLT**

CAUSE NUMBER: 202213262

| | |
|---|---|
| PLAINTIFF: VARELA, RODOLFO | In the 152nd Judicial |
| vs. | District Court of |
| DEFENDANT: HALLIBURTON ENERGY SERVICES INC | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: CESAREO, RAFAEL CAYETANO

1103 N MAIN

MIDLAND TX 79701

OR WHEREVER HE MAY BE FOUND

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on March 3, 2022, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this March 4, 2022.



Marilyn Burgess
Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: MARIA RODRIGUEZ

Issued at request of:
HUNTER, TODD AMES JR.
500 NORTH WATER ST. SUITE 800
CORPUS CHRISTI, TX 78401
361-826-0100

Bar Number: 24087774

**EXHIBIT B**

## AFFIDAVIT OF SERVICE

**State of Texas**　　　　　　　　　　**County of Harris**　　　　　　　　　　**152nd District Court**

Case Number: 202213262

Plaintiff:
RODOLFO VARELA, AND ARTURO VARELA

vs.

Defendant:
HALLIBURTON ENERGY SERVICES, INC., ASERETRUCKING LLC, RAFAEL CAYETANO CESAREO, AND JOSUE ANTONIO MORALES-TINAJERO

For:
Todd A. Hunter Jr.
Liles White PLLC
500 N. Water Street Suite 800
Corpus Christi, TX 78401

Received by Kerry Polizzi on the 25th day of April, 2022 at 10:00 am to be served on **Rafael Cayetano Cesareo, 111 N Harold AVe, Nothlake, Cook County, IL 60164.**

I, Kerry Polizzi, being duly sworn, depose and say that on the **27th day of April, 2022 at 7:49 pm, I:**

**INDIVIDUALLY and PERSONALLY Executed**, by delivering a true copy of the .Citation and Plaintiffs Original Petition with the date of service endorsed thereon by me, to <u>Rafael Cayetano Cesareo</u> in person at the Abode address of <u>111 N Harold AVe, Nothlake, Cook County, IL 60164</u>,.

Description of Person Served: Age: 50s, Sex: M, Race/Skin Color: Hispanic, Height: 5'8", Weight: 170, Hair: Brown, Glasses: N

I am over eighteen, not a party to nor interested in the outcome of the above numbered suit and that I am certified to serve civil process. I have personal knowledge of the facts set forth in the foregoing affidavit and declare that the statements therein contained are true and correct. I am familiar with the Rules of Civil Procedure. I have never been convicted of a Felony or Misdemeanor involving Moral Turpitude.

NOTARY PUBLIC IN AND FOR
THE STATE OF __ILLINOIS__

Subscribed and Sworn to before me on
the __28th__ day of __April__, __2022__
by the affiant who is personally known to me.

_____
NOTARY PUBLIC

OFFICIAL SEAL
ROBERT D FAIRBANKS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 07/26/22

_____
Kerry Polizzi
Illinois 117-001119

Allen Civil Process
Service@acptx.com
P.O. BOX 181293
Corpus Christi, TX 78480-1293
(361) 884-1657

Our Job Serial Number: ALN-2022002609

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i



**EXHIBIT B**

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RAFAEL CAYETANO CESAREO
111 N HAROLD AVE
NORTHLAKE IL 60164 - 2234

9590 9402 4841 9032 4538 65

2. Article Number *(Transfer from service label)*

7018 2290 0001 3524 8516

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)* | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ed Mail
☐ ed Mail Restricted Delivery
   '$500)'
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

**EXHIBIT B**

Domestic Return Receipt



9590 9402 4841 9032 4538 65

**United States Postal Service**

FILED
MARILYN BURGESS
DISTRICT CLERK
HARRIS COUNTY, TEXAS

2022 MAY -3 AM 10: 12

• Sender: Please print your name, address, and ZIP+4® in this box•

**MARILYN BURGESS, DISTRICT CLERK
HARRIS COUNTY, TEXAS
CIVIL INTAKE
P.O. BOX 4651
HOUSTON, TEXAS 77210**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**EXHIBIT B**

6/1/2022 2:22 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 65028754
By: Iliana Perez
Filed: 6/1/2022 2:22 PM

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

### Request for Issuance of Service

**CASE NUMBER:** 202213262   **CURRENT COURT:** 152nd Judicial District Court

**Name(s) of Documents to be served:** Plaintiff's First Amended Petition

**FILE DATE:** 06-01-2022   Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** LoHi Logistics, LLC
Address of Service: 1601 Elm St. Suite 4360
City, State & Zip: Dallas, Texas 75201
Agent (if applicable): Cogency Global, Inc.

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- [X] **Citation**
- [ ] **Citation by Posting**
- [ ] **Citation by Publication**
- [ ] **Citations Rule 106 Service**
- [ ] **Citation Scire Facias**    Newspaper _____
- [ ] **Temporary Restraining Order**
- [ ] **Precept**
- [ ] **Notice**
- [ ] **Protective Order**
- [ ] **Secretary of State Citation ($12.00)**
- [ ] **Capias** (not by E-Issuance)
- [ ] **Attachment** (not by E-Issuance)
- [ ] **Certiorari**
- [ ] **Highway Commission ($12.00)**
- [ ] **Commissioner of Insurance ($12.00)**
- [ ] **Hague Convention ($16.00)**
- [ ] **Garnishment**
- [ ] **Habeas Corpus** (not by E-Issuance)
- [ ] **Injunction**
- [ ] **Sequestration**
- [ ] **Subpoena**
- [ ] **Other (Please Describe)** _____

(See additional Forms for Post Judgment Service)

**SERVICE BY** (check one):
- [ ] **ATTORNEY PICK-UP (phone)** _____
- [X] **E-Issuance by District Clerk**
- [ ] **MAIL to attorney at:** _____
       (No Service Copy Fees Charged)
- [ ] **CONSTABLE**
- [ ] **CERTIFIED MAIL by District Clerk**

*Note*: The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [ ] **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____   Phone: _____
- [ ] **OTHER**, *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: Todd A. Hunter, Jr. Bar # or ID 24087774
Mailing Address: 500 N. Water St. Suite 800, Corpus Christi Texas 78401
Phone Number: 361-826-0100

**EXHIBIT B**

Case 4:22-cv-02156  Document 1-2  Filed on 06/30/22 in TXSD  Page 16 of 18

6/14/2022 8:16 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 65404474
By: Terrylaine Cormier
Filed: 6/14/2022 8:16 AM

Receipt Number: 932220
Tracking Number: 74012903

EML
COPY OF PLEADING PROVIDED BY PLT

CAUSE NUMBER: 202213262

| PLAINTIFF: VARELA, RODOLFO | In the 152nd Judicial |
|---|---|
| vs. | District Court of |
| DEFENDANT: HALLIBURTON ENERGY SERVICES INC | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: LOHI LOGISTICS LLC BY SERVICE THROUGH ITS REGISTERED AGENT COGENCY GLOBAL INC
1601 ELM ST SUITE 4360
DALLAS TX 75201

Attached is a copy of PLAINTIFFS FIRST AMENDED PETITION.

This instrument was filed on June 1, 2022, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this June 3, 2022.



Marilyn Burgess
Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: ILIANA PEREZ

Issued at request of:
HUNTER, TODD AMES JR.
500 NORTH WATER ST. SUITE 800
CORPUS CHRISTI, TX 78401
361 826 0100
Bar Number: 24087774

**EXHIBIT B**

## RETURN OF SERVICE

State of Texas                County of Harris                152nd District Court

Case Number: 202213262

Plaintiff:
RODOLFO VARELA, AND ARTURO VARELA

vs.

Defendant:
HALLIBURTON ENERGY SERVICES, INC., ASERETRUCKING LLC, RAFAEL CAYETANO CESAREO, AND JOSUE ANTONIO MORALES-TINAJERO

For:
Todd A. Hunter Jr.
Liles White PLLC
500 N. Water Street Suite 800
Corpus Christi, TX 78401

Received by Carlos Barrera on the 3rd day of June, 2022 at 7:21 pm to be served on LOHI Logistices LLC Registered Agent: COGENCY GLOBAL INC, 1601 Elm Street Suite 4360, Dallas, Dallas County, TX 75201.

I, Carlos Barrera, do hereby affirm that on the 6th day of June, 2022 at 12:40 pm, I:

EXECUTED by delivering to, LOHI Logistices LLC Registered Agent: COGENCY GLOBAL INC, a true copy of the .Citation and Plaintiffs First Amended Petition with the date of service endorsed thereon by me, and delivered personally to: **Rodney Waller**, **Authorized Agent** at the address of: **1601 Elm Street Suite 4360, Dallas, Dallas County, TX 75201,** who is authorized to accept service for LOHI Logistices LLC Registered Agent: COGENCY GLOBAL INC.

Description of Person Served: Age: 45, Sex: M, Race/Skin Color: Black, Height: 5'10", Weight: 165, Hair: Dark Brown, Glasses: Y

UNDER PENALTY OF PERJURY: " My name is Carlos Barrera, my date of birth is 07/14/1958 and my address is 3300 Ivy Drive, Mesquite, Texas 75150. I declare under penalty of perjury that the foregoing is true and correct. Executed in Dallas County, State of Texas, on this _8_ day of _June_____, 2022___

Carlos Barrera
PSC-5305 Exp: 6-30-2022

Allen Civil Process
Service@acptx.com
P.O. BOX 181293
Corpus Christi, TX 78480-1293
(361) 884-1657

Our Job Serial Number: ALN-2022003770

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2l



**EXHIBIT B**

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

6/16/2022 4:16 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 65525722
By: Adiliani Solis
Filed: 6/16/2022 4:16 PM

## Request for Issuance of Service

**CASE NUMBER:** 202213262    **CURRENT COURT:** 152nd Judicial District Court

**Name(s) of Documents to be served:** Plaintiff's First Amended Petition

**FILE DATE:** 06-01-2022    Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** AsereTruking

Address of Service: 9881 W. 18th Street

City, State & Zip: Odessa, Texas 79763

Agent (if applicable): Jacqueline Castaneda

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- [x] **Citation**
- [ ] **Citation by Posting**
- [ ] **Citation by Publication**
- [ ] **Citations Rule 106 Service**
- [ ] **Citation Scire Facias**    Newspaper _____
- [ ] **Temporary Restraining Order**
- [ ] **Precept**
- [ ] **Notice**
- [ ] **Protective Order**
- [ ] **Secretary of State Citation ($12.00)**
- [ ] **Capias** (not by E-Issuance)
- [ ] **Attachment** (not by E-Issuance)
- [ ] **Certiorari**
- [ ] **Highway Commission ($12.00)**
- [ ] **Commissioner of Insurance ($12.00)**
- [ ] **Hague Convention ($16.00)**
- [ ] **Garnishment**
- [ ] **Habeas Corpus** (not by E-Issuance)
- [ ] **Injunction**
- [ ] **Sequestration**
- [ ] **Subpoena**
- [ ] **Other (Please Describe)** _____

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** (check one):
- [ ] **ATTORNEY PICK-UP (phone)** _____
- [ ] **E-Issuance by District Clerk**
- [ ] **MAIL to attorney at:** _____    (No Service Copy Fees Charged)
- [ ] **CONSTABLE**
- [x] **CERTIFIED MAIL by District Clerk**

*Note*: The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [ ] **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____    Phone: _____
- [ ] **OTHER,** *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: Todd A. Hunter, Jr.    Bar # or ID 24087774

Mailing Address: 500 N. Water St. Ste. 800 Corpus Christi Texas 78401

Phone Number: 361-826-0100

**EXHIBIT B**